UNITED STATES BANKRUPTCY COURT           VOLUNTARY PETITION
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION                         Case No. **12 B**

Name of Debtor (if individual, enter Last, First, Middle: Name of Joint Debtor (Spouse):
**CHRISTIAAN P. VAN DEUR, JR.**

All other names used by Debtor in the past eight (8) years: All other names used by Joint Debtor in the past eight (include married, maiden and trade names) (8) years:
Social Security/EIN/Tax ID No. (if more than one, state all): Social Security/EIN/Tax ID No. (if more than one, XXX-XX-XXXX state all): XXX-XXStreet
Address of Debtor: Street Address of Joint Debtor:
419 Greenleaf Avenue
Wilmette, Illinois 60091-1911
County of Residence or Principal Place of Business County of Residence or Place of Business
Cook
Mailing Address of Debtor or of Joint Debtor (if different from street address)
Location of Principal Assets of Business Debtor (if different from street address):

**Type of Debtor Type of Business Chapter of Bankruptcy Code of Filing**
X__ Individual __ Health Care Business __ Chapter 7 __ Chapter 15 Petition
___ Corporation __ Single Asset Real Estate as defined __ Chapter 9 for Recognition of
___ Partnership in 11 U.S.C. Section 101(51B) __ Chapter 11 Foreign Main Proceeding
___ Other (if not one __ Railroad __ Chapter 12 __ Chapter 15 Petition for
Of above entities, state __ Stockbroker _X_ Chapter 13 Recognition of a Foreign
Type of entity below) __ Commodity Broker Nonmain Proceeding
__ Clearing Bank                          **Nature of Debts**
__ Other                                  X__ Primarily Consumer __ Primarily business

**Tax-Exempt Entity** Debts, defined in 11 USC
__ Debtor is a tax-exempt 101(8) as "incurred by an
organization under Title 26 individual primarily for a
United States Code (the Internal personal, family or house-
Revenue Code). hold purpose."
**Filing Fee Chapter 11 Debtors**
__ Full filing fee attached __Debtor is a small business under 11 USC
_X_ Filing fee to be paid in installments (individuals 101(51D).
only). Must attach signed application for court's consideration __ Debtor is not a small business under 11
certifying That debtor is unable to pay fee except in installments. USC 101(51D).
Rule 1006(b). See Official Form 3A.
__ Filing Fee waiver requested (Chapter 7 individuals __ Debtor's aggregate noncontingent
Only). Must attch signed application for court's consideration. liquidated debts (excluding debts owed to
See Official Form 3B. insiders or affiliates) are less than $2,190,000.
**Statistical / Administrative Information**
____ Debtor estimates that funds will be available for distribution to unsecured creditors.
X___ Debtor estimates that, after exempt property is excluded and administrative expenses
paid, there will be no funds available for distribution to unsecured creditors.
**Estimated Number of Creditors**
X__ 1 – 49 ____ 50 – 99 ____ 100 or more
**Estimated Assets**
__ $0 – $50,000 ____ $50,001 - $100,000 __X__ $100,001 or greater
**Estimated Debts**
__ $0 – $50,000 ____ $50,001 - $100,000 __X___ $100,001 or greater

**VOLUNTARY PETITION**   Case No. **12 B**   Page 2

**CHRISTIAAN P. VAN DEUR, JR.,** Debtor

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**

| Location of Filing: | Case Number: | Date of Filing: |
|---|---|---|
| USBC, Northern District Illinois | 09-B-25239 | 7/12/2009 |
| USBC, Northern District Illinois | 12-B-8101 | 3/1/2012 |

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing: Case Number: Date of Filing:
District: Relationship: Judge:

**Exhibit A**                              **Exhibit B** (to be completed if debtor is an individual whose debts
(To be completed if Debtor is required         are primarily consumer debts)
To file periodic reports with the Securities
Exchange Commission

I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed  the Petitioner(s) that he may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to them the relief available under each Chapter.
I certify that I have delivered to Debtors the notice required
by Title 11 USC Section 342(b).

X_____/s/_Michael J. Greco_____ 11/6/2012
Signature of Michael J. Greco, Attorney for Debtor(s) Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtors is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts are primarily consumer debts)

**Information regarding the Debtor -- Venue**
X_ Debtors has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)
_____
(Name of Landlord that obtained judgment)
(Address of Landlord)
__ Debtor claims that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification. (11 USC Section 362(1)).

**VOLUNTARY PETITION**

| Name of Debtor(s): | Case No. **12 B** | Page 3 |

**CHRISTIAAN P. VAN DEUR, JR.**
**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:] I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 13.
_____/s/_____
Signature of Debtor **CHRISTIAAN P. VAN DEUR, JR.**

**Signature of Attorney***
Respectfully submitted,

By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois 60654
(312) 222-0599
Atty. No. 06201254
Date: November 6, 2012

*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

B6D (Official Form 6D) (12/07)

**In re** ____Christiaan P. Van Deur, Jr.,_____, **Case No.** _____

**Debtor (If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state w hether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AN ACCOUNT NUMBER (*See Instructions Above.*) | CO- | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL AND VALUE OF PROPERTY SUBJECT TO LIEN | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| **ACCOUNT NO. 708-0052896404**<br>**Wells Fargo Home Mortgage**<br>**MAC X2302-019**<br>**1 Home Campus**<br>**Des Moines, IA,  50328** | | VALUE $125,000.00<br>**Undivided ½ interest<br>in condominium 204<br>Leonard Woods S.104,<br>Highland Park, IL 60035** | | $191,352.00 | $0.00 |
| **ACCOUNT NO.** 65088967391988<br>**Wells Fargo Home Mortgage**<br>**MAC X2302-019**<br>**1 Home Campus**<br>**Des Moines, IA,  50328** | | VALUE $125,000.00<br>**Undivided ½ interest<br>in condominium 204<br>Leonard Woods S.104,<br>Highland Park, IL 60035** | | $25,000.00 | $0.00 |
| Acct. No. 8500229022<br>Harris Bank – CLC Svcg.<br>PO Box 5043<br>Rolling Meadows, IL 60008 | | Residential real estate parcel<br>Mortgage Loan (419 Greenleaf,<br>Wilmette, IL 60091)<br>VALUE $300,000 | | $389,390.43 | $0.00 |

Subtotal ►  $625,449.94
(Total of this page)

Total ►    $625,449.94
(Use only on last page)

__0__continuation sheets Attached       (Report also on Summary of Schedules.)
(If applicable, report also on Statistical Summary of Certain Liabilities)

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of five sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated: 11/2/2012

Signature (electronic):_/S/_ **CHRISTIAAN P. VAN DEUR, JR.**_____
             **CHRISTIAAN P. VAN DEUR, JR.**